UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
<u>NORTHERN DIVISION</u>

IN RE:

Merick Builders, Inc.,                                  Case No. 14-22466

                                               Chapter 7 Proceeding
                     Debtor(s).                  Hon. Daniel S. Opperman
_____/

## TRUSTEE'S MOTION SEEKING AUTHORITY TO SELL
## ALL TANGIBLE PERSONAL PROPERTY OF ESTATE

       NOW COMES Randall L. Frank, Chapter 7 Trustee, by his attorney, Randall L. Frank, and files this motion for authority to sell all tangible personal property of estate, stating as follows:

(1)     Randall L. Frank was appointed as Chapter 7 Trustee to administer and liquidate assets of the above bankrupt estate which bankruptcy was filed on November 6, 2014.

(2)     On Schedule B, the debtor corporation lists the following assets: Two tool trailers, Oliver tractor, Sky-Trak, and miscellaneous tools and equipment, for a total value of $18,125.

(3)     At the 341 hearing, the trustee asked the President of the debtor corporation as to how he established the values as set forth on Schedule B; the President, Michael Rankin, testified that most of the values were based on the purchase price with some purchases being more than 20 years prior to the 341 hearing date.

(4)     The trustee has examined the equipment, and has determined that the values as set forth on Schedule B do not reflect the current value of same as based on the condition of said personal property.

(5)     The trustee has received an offer from Eric Vollmar, dba Hometowne Builders, for $10,000.

(6)     The trustee considers this offer more than fair and reasonable as the only alternative to the trustee is to have an auctioneer appointed to auction this personal property.

(6)     The trustee estimates that based on previous auction experience, the estate would probably net less than $5,000 if this personal property went to auction.

(7)     Therefore, it is in the best interest of the estate based on the trustee's experience and knowledge to accept this offer as to the purchase of all tangible personal property of the estate.

WHEREFORE, Randall L. Frank, Chapter 7 Trustee, by his attorney, Randall L. Frank, prays for an order authorizing him to accept sell to Eric Vollmar, Hometowne Builders, all tangible personal property as set forth on Schedule B for the purchase price of $10,000

DATED: January 15, 2015

/s/ Randall L. Frank
_____
Randall L. Frank (P33189)
Attorney for Chapter 7 Trustee
P.O. Box 2220
Bay City, MI 48707-2220
(989) 893-2461
randall.frank@gmail.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
<u>NORTHERN DIVISION</u>

IN RE:

Merick Builders, Inc.,                            Case No. 14-22466

                                             Chapter 7 Proceeding
                      Debtor(s).             Hon. Daniel S. Opperman
_____/

**ORDER AUTHORIZING TRUSTEE TO SELL
ALL TANGIBLE PERSONAL PROPERTY OF ESTATE**

       This matter having come on pursuant to a motion filed by Randall L. Frank, Chapter 7 Trustee, which motion was served on all parties in interest and no entity having objected, and the Court being otherwise advised in the premises:

       IT IS ORDERED that Randall L. Frank, Chapter 7 Trustee, is authorized to sell to Eric Vollmar, dba Hometowne Builders, all tangible personal property of the estate for the sale price of $10,000.

Exhibit A